UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: <br>     PAMELA A JOHN <br>     Debtor(s). | ) CHAPTER 13 <br> ) <br> ) CASE NO. 09-32516-DHW-13 <br> ) |

| | |
|---|---|
| PAMELA A. JOHN <br>     Plaintiff, <br> <br> vs. <br> <br> MAX FEDERAL CREDIT UNION <br>     Defendant. | ) <br> ) <br> ) <br> ) ADVERSARY PROCEEDING NO. 09-3081 <br> ) <br> ) <br> ) |

## ANSWER TO COMPLAINT TO VALUE COLLATERAL

Now Comes the Defendant, MAX CREDIT UNION, a creditor herein, by its attorneys, Capouano Beckman & Russell, LLC and for its Answer to the Debtor's Complaint to Value Collateral, responds as follows:

1. The Defendant admits the allegation contained in paragraph one.

2. The Defendant admits the allegation contained in paragraph two.

3. The Defendant admits the allegation contained in paragraph three.

4. The Defendant admits the allegation contained in paragraph four.

5. The Defendant admits the allegation contained in paragraph five.

6. The Defendant admits the allegation contained in paragraph six.

7. The Defendant does not have sufficient knowledge to admit or deny the allegation contained in paragraph seven.

8. The Defendant denies the allegation contained in paragraph eight.

9. Paragraph nine of the Plaintiff's Complaint is empty and does not require a response.

10. The Defendant denies the allegation contained in paragraph ten and demands strict proof thereof.

11. The Defendant denies the allegation contained in paragraph eleven and demands strict proof thereof.

MAX CREDIT UNION,

/s/ Paul L. Beckman, Jr.
By: Paul L. Beckman, Jr.
Capouano Beckman & Russell, LLC
560 S McDonough Street
Montgomery, AL 36104
(334) 834-4808

2

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or by depositing a copy thereof in the United States mail postage prepaid on December 30, 2009.

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

PAMELA A JOHN
P.O. BOX 2092
MONTGOMERY AL 36120

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

/s/ Paul L. Beckman